

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00230-CV

**$1,711 IN UNITED STATES CURRENCY,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2009-1538-4, 1**

## MEMORANDUM OPINION

Ronald Clayton Bible filed a notice of appeal with the District Clerk on July 17, 2009 regarding an adverse judgment by the trial court in a forfeiture case.  A few days later, on July 20, 2009, Bible filed a document indicating that he no longer wished to appeal the trial court's decision.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).

Further, absent a specific exemption, the Clerk of this Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  *See*

*also* Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 5; Tex. Gov't Code Ann. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2008). Under the circumstances of this proceeding, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. Tex. R. App. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Bible.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed August 5, 2009
[CV06]